IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALEX GAVIN CHAMBERS[1], | § | |
| | § | No. 506, 2016 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below – Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF FAMILY SERVICES | § | File No.: 16-01-01TS |
| and OFFICE OF CHILD | § | Petition No.: 16-01637 |
| ADVOCATE, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

| | | |
|---|---|---|
| ORIANA PARIS FLYNN[1], | § | |
| | § | No. 507, 2016 |
| Respondent Below, | § | |
| Appellant, | § | Court Below – Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No.: 16-01-01TS |
| DIVISION OF FAMILY SERVICES | § | Petition No.: 16-01637 |
| and OFFICE OF CHILD | § | |
| ADVOCATE, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: June 7, 2017
Decided: June 21, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

## <u>ORDER</u>

This 21st day of June 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its September 14, 2016 decision.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice